IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DIANA L. WOLFE                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:07cv699-HTW-LRA

WEXFORD HEALTH SOURCES, INC.                                     DEFENDANT

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the joint *ore tenus* motion of Plaintiff Diana L. Wolfe and Defendant Wexford Health Sources, Inc., and the Court being advised that the parties have compromised and settled all claims herein and therefore desire the Court to dismiss all claims herein with prejudice, is of the opinion that the motion is well taken and should be granted;

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims of all parties herein are hereby dismissed with prejudice, with each party to bear their own costs of litigation.

SO ORDERED AND ADJUDGED this the 9th day of February, 2009.

                                       s/ HENRY T. WINGATE
                                       CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Louis H. Watson, Jr._____
Louis H. Watson, Jr. (MSB # 9053)
Attorney for Plaintiff

/s/ R. Jarrad Garner_____
R. Jarrad Garner (MSB #99584)
Attorney for Defendant